UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MARC SHELL, )<br>    *Plaintiff*, )<br>)<br>    *vs*. )<br>)<br>KEVIN SMITH, IN HIS OFFICIAL CAPACITY AS )<br>MAYOR OF THE CITY OF ANDERSON, AND )<br>CITY OF ANDERSON, )<br>    *Defendants*. ) | 1:13-cv-00583-JMS-MJD |

## FINAL JUDGMENT PURSUANT TO FED. R. CIV. PRO. 58

Consistent with the Court's Order entered this date, the Court now enters **FINAL JUDGMENT** in this matter in favor of Defendants such that Plaintiff shall take nothing by way of the Complaint.

08/07/2014

*[signature]*
Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Laura A. Briggs, Clerk

BY: _____[signature]_____
Deputy Clerk, U.S. District Court

**Distribution via ECF to all counsel of record.**

- 1 -